UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GERARD F. HUG and KURT W. STREAMS,<br><br>　　　　　　　　　　　　　　Defendants. | Case No.  2:19-cv-16290-ES-ESK<br><br>Hon. Esther Salas |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to U.S. District Court for the District of New Jersey Local Civil Rule 102.1, Plaintiff U.S. Securities & Exchange Commission provides notice that counsel Matthew Reilly will be leaving the agency effective January 2, 2021.  We ask that Mr. Reilly be terminated as counsel for Plaintiff.  Co-counsel Gregory N. Miller and Paul W. Kisslinger will continue to represent Plaintiff in this matter.  Plaintiff has conferred with Defendants' counsel and they consent to Mr. Reilly's withdrawal.

Dated: December 21, 2020　　　　　　　Respectfully Submitted:


　　　　　　　　　　　　　　　　　　　　*/s Matthew Reilly*

　　　　　　　　　　　　　　　　　　　Matthew Reilly
　　　　　　　　　　　　　　　　　　　U.S. SECURITIES AND EXCHANGE COMMISSION
　　　　　　　　　　　　　　　　　　　Division of Enforcement
　　　　　　　　　　　　　　　　　　　100 F Street, N.E.
　　　　　　　　　　　　　　　　　　　Washington, DC 20549
　　　　　　　　　　　　　　　　　　　Telephone: (202) 551-5478
　　　　　　　　　　　　　　　　　　　E-mail: reillym@sec.gov

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　*U.S. Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020 I electronically filed the foregoing document with the United States District Court for the District of New Jersey by using the CM/ECF system. I certify that the defense counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

/s Matthew Reilly

Matthew Reilly
U.S. SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549
Telephone: (202) 551-5478
E-mail: reillym@sec.gov

*Attorney for Plaintiff*
*U.S. Securities and Exchange Commission*